**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., Plaintiffs, v. TRITON CLAIM MANAGEMENT, LLC 2400 Lakeview Parkway, Suite 475 Alpharetta, GA 30009 & SUTTON SPECIALTY INS. CO. 110 E Atlantic Avenue, Suite 330 Delray Beach, FL 33444 Defendants. | Civil Action No.: 2:25-cv-06245 JHS |

**STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT, TRITON CLAIM MANAGEMENT, LLC**

Counsel for the parties stipulate and agree to the following:

1. Pursuant to Fed. R. Civ. P. 41,(a)(1)(A)(iii) all claims, including cross-claims, against defendant Triton Claim Management, LLC, only, in the above captioned matter are hereby dismissed with prejudice;

2. This dismissal does not affect any rights and/or defenses that the remaining parties may have as against each other.

MUSI, MATTSON, DAUBENBERGER & CLARK, LLP

BY:____________________________
Thomas A. Musi,, Esquire
Counsel for Plaintiff

ZARWIN BAUM DEVITO KAPLAN SCHAER & TODDY, PC

BY: *Theodore M. Schaer*
Theodore M. Schaer, Esquire
Counsel for Defendant, Triton Claim Management, LLC

WEBER GALLAGHER

BY: *Denise M. Depekary*
Denise M. Depekary, Esquire
Counsel for Defendant Sutton Specialty Ins. Co.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LANCE'S TAVERN, LLC d/b/a<br>SKEETERS PUB & REGGIE'S INC.,<br><br>Plaintiffs,<br>v.<br><br>TRITON CLAIM MANAGEMENT, LLC<br>2400 Lakeview Parkway, Suite 475<br>Alpharetta, GA 30009<br>&<br>SUTTON SPECIALTY INS. CO.<br>110 E Atlantic Avenue, Suite 330<br>Delray Beach, FL 33444<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 2:25-cv-06245 JHS |

**STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT, TRITON CLAIM MANAGEMENT, LLC**

Counsel for the parties stipulate and agree to the following:

1. Pursuant to Fed. R. Civ. P. 41,(a)(1)(A)(iii) all claims, including cross-claims, against defendant Triton Claim Management, LLC, only, in the above captioned matter are hereby dismissed with prejudice;

2. This dismissal does not affect any rights and/or defenses that the remaining parties may have as against each other.

MUSI, MATTSON, DAUBENBERGER
& CLARK, LLP

BY: *Thomas A. Musi, Jr.*
Thomas A. Musi,, Esquire
Counsel for Plaintiff

ZARWIN BAUM DEVITO KAPLAN
SCHAER & TODDY, PC

BY: *Theodore M. Schaer*
Theodore M. Schaer, Esquire
Counsel for Defendant, Triton Claim
Management, LLC

WEBER GALLAGHER

BY:____________________
Denise M. Depekary, Esquire
Counsel for Defendant Sutton Specialty
Ins. Co.