# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a<br>SKEETERS PUB & REGGIE'S INC.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>SUTTON SPECIALTY INS. CO.<br>110 E Atlantic Avenue, Suite 330 Delray<br>Beach, FL 33444<br><br><br><br>　　　　　　Defendant. | Civil Action No.: 2:25-cv-06245-JHS |

## ORDER

**AND NOW**, this 21st day of January, 2026, upon consideration of Defendant's Motion for Admission *pro hac vice* (Doc. No. 17), it is **ORDERED** that the application of Neil L. Sambursky, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOEL H. SLOMSKY

Date: January 21, 2026