# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a<br>SKEETERS PUB & REGGIE'S INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRITON CLAIM MANAGEMENT, LLC<br>2400 Lakeview Parkway, Suite 475<br>Alpharetta, GA 30009<br>&<br>SUTTON SPECIALTY INS. CO.<br>110 E Atlantic Avenue, Suite 330<br>Delray Beach, FL 33444<br><br>Defendants. | Civil Action No.: 2:25-cv-06245-JHS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF KATHLEEN J. DEVLIN** |

The undersigned counsel for Defendant SUTTON SPECIALTY INSURANCE CO. hereby moves this Honorable Court for the admission of Kathlen J. Devlin pursuant to Local Rule of Civil Procedure 83.5.2(b) and in support thereof avers as follows:

1.      The undersigned counsel is a member of the bar in good standing before the United States District Court for the Eastern District of Pennsylvania, and her appearance is entered in this case on behalf of Defendant.

2.      Kathleen J. Devlin, Esquire, is a member in good standing of the following Courts, with the following dates of admission:

| Court | Date of Admission |
|---|---|
| State of New Jersey | 12/21/1993 |
| U.S. District Court – New Jersey | 12/21/1993 |
| State of New York | 7/30/2002 |
| U.S. District Court – Southern District of New York | 10/14/2025 |
| U.S. District Court – Eastern District of New York | 11/13/2025 |
| United States Court of Appeals for the Second Circuit | 7/7/2016 |
| United States Court of Appeals for the Third Circuit | 4/22/2002 |

| United States Court of Appeals for the Fourth Circuit | 1/21/2005 |
| United States Court of Appeals for the District of Columbia Circuit | 11/30/2007 |
| United States Supreme Court | 2/22/2010 |

3.     Ms. Devlin is familiar with Defendant's business, its practices, policies, and procedures.

4.     Defendant desires that Ms. Devlin represent it in this matter because she is knowledgeable concerning Defendant's business and the facts underlying Plaintiff's claims and is therefore best situated to represent its interests.

WHEREFORE, for the reasons set forth herein, Defendant, by and through undersigned counsel, respectfully requests this Honorable Court grant this Motion and enter an order in the form of the proposed order attached hereto, granting Kathleen J. Devlin's admission to practice before this Court *pro hac vice* pursuant to Local Rule of Civil Procedure 83.5.2(b).

Respectfully submitted,

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP**

*Denise M. DePekary*

By: Denise M. DePekary, Esq.
Attorney ID:  328217
2000 Market Street, 13th Floor
Philadelphia, PA 19102
ddepekary@wglaw.com
*Attorneys for Defendants*
*Triton Claim Management, LLC and*
*Sutton Specialty Insurance Co.*

Dated: February 10, 2026