UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., <br><br> Plaintiffs, <br> v. <br><br> TRITON CLAIM MANAGEMENT, LLC <br> 2400 Lakeview Parkway, Suite 475 <br> Alpharetta, GA 30009 <br> & <br> SUTTON SPECIALTY INS. CO. <br> 110 E Atlantic Avenue, Suite 330 <br> Delray Beach, FL 33444 <br><br> Defendants. | Civil Action No.: 2:25-cv-06245-JHS <br><br> **AFFIDAVIT OF** <br> **KATHLEEN DEVLIN** |

I, KATHLEEN J. DEVLIN, being duly sworn, hereby depose and state that the following facts are true and correct:

1.  I am a member in good standing of the following Courts, with the following dates of admission:

| Court | Date of Admission |
|---|---|
| State of New Jersey | 12/21/1993 |
| U.S. District Court – New Jersey | 12/21/1993 |
| State of New York | 7/30/2002 |
| U.S. District Court – Southern District of New York | 10/14/2025 |
| U.S. District Court – Eastern District of New York | 11/13/2025 |
| United States Court of Appeals for the Second Circuit | 7/7/2016 |
| United States Court of Appeals for the Third Circuit | 4/22/2002 |
| United States Court of Appeals for the Fourth Circuit | 1/21/2005 |
| United States Court of Appeals for the District of Columbia Circuit | 11/30/2007 |
| United States Supreme Court | 2/22/2010 |

2. I have never been suspended from the practice of law in any jurisdiction, or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member;

3. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought; and

4. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments therein.

Date: February 10, 2026

Kathleen J. Devlin

Sworn to and subscribed before me this 10th day of February 2026.

Notary Public of New Jersey

Michele Damiano
NOTARY PUBLIC
State of New Jersey
ID # 2055567
My Commission Expires 2/5/2029