UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRITON CLAIM MANAGEMENT, LLC <br> 2400 Lakeview Parkway, Suite 475 <br> Alpharetta, GA 30009 <br> & <br> SUTTON SPECIALTY INS. CO. <br> 110 E Atlantic Avenue, Suite 330 <br> Delray Beach, FL 33444 <br><br> Defendants. | Civil Action No.: 2:25-cv-06245-JHS <br><br> **ORDER** |

AND NOW, this ____ day of February, 2026, upon consideration of the Defendant's Motion for Admission *pro hac vice*, and any opposition thereto, it is hereby **ORDERED** that the application of Kathleen J. Devlin, Esquire to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

 

_____
THE HONORABLE JOEL H. SLOMSKY

Date: