IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETER'S PUB & REGGIE'S INC.,<br>             Plaintiff,<br>    v.<br><br>TRITON CLAIM MANAGEMENT, LLC, and SUTTON SPECIALTY INS. CO.,<br>             Defendants. | CIVIL ACTION<br>NO.  25-6245 |

## ORDER

**AND NOW**, this 13th day of February 2026, upon consideration of Defendant Sutton Specialty Ins. Co.'s Motion for Kathleen J. Devlin, Esquire to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 22), it is **ORDERED** that the Motion (Doc. No. 22) is **GRANTED**.

                                                                BY THE COURT:

                                                                /s/ Joel H. Slomsky
                                                                JOEL H. SLOMSKY, J.