IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETER'S PUB & REGGIE'S INC., <br> Plaintiff, <br> v. <br><br> SUTTON SPECIALTY INS. CO., <br> Defendant. | CIVIL ACTION <br> NO.  25-6245 |

## **ORDER**

**AND NOW**, this 26th day of February 2026, it is **ORDERED** that Defendant Sutton Specialty Ins. Co. shall file its Cross Motion for Summary Judgment by **March 4, 2026**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.