IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., | Civil Action No.: **2:25-cv-06245-JHS** |
| Plaintiffs, | |
| v. | |
| SUTTON SPECIALTY INS. CO. 110 E Atlantic Avenue, Suite 330 Delray Beach, FL 33444, | |
| Defendant. | |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Plaintiff's Motion for Summary Judgment and Sutton Specialty Insurance Company's ("Sutton") opposition thereto, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion for Summary Judgment is **DENIED** in its entirety. It is further **ORDERED** and **DECLARED** that Sutton is not obligated to defend or indemnify Plaintiff for the claims asserted against it in Jane Doe K.K., v. Lyft, Inc, et al, Court of Common Pleas, Philadelphia County, No. 250402203, and Sutton is not obligated to reimburse defense costs incurred to date.

BY THE COURT

_____
U.S.D.J.