# EXHIBIT C

RSHARRAR

# GENERAL LIABILITY NOTICE OF OCCURRENCE / CLAIM

DATE (MM/DD/YYYY): 5/2/2025

| AGENCY | INSURED LOCATION CODE | DATE OF LOSS AND TIME | AM/PM |
|---|---|---|---|
| Progress Brokerage Group LLC<br>920 West Sproul Road<br>Suite # 201<br>Springfield, PA 19064 | | 01/13/2024 | |

| CARRIER | NAIC CODE |
|---|---|
| Sutton Specialty Insurance Company | 16848 |

POLICY NUMBER: ISCH0200000218-01

CONTACT NAME:
PHONE (A/C, No, Ext): (888) 233-7155
FAX (A/C, No): (610) 328-7557
E-MAIL ADDRESS: psharrar@progressbrokerage.com
CODE:    SUBCODE:
AGENCY CUSTOMER ID: REGGINC-01

## INSURED

NAME OF INSURED (First, Middle, Last): **Reggie's, Inc. & Lance's Tavern, LLC T/A Skeeter's Pub**

INSURED'S MAILING ADDRESS: **7-11 Coles Road aka 715 North Blackhorse Pike, Blackwood, NJ 08012**

DATE OF BIRTH:
FEIN (if applicable): **21-0733134**

PRIMARY PHONE #: **(856) 227-2314** — [ ] HOME [X] BUS [ ] CELL
SECONDARY PHONE #: — [ ] HOME [ ] BUS [ ] CELL

PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:

## CONTACT      CONTACT INSURED

NAME OF CONTACT (First, Middle, Last): **Lance Oberparleiter**

CONTACT'S MAILING ADDRESS: **7-11 Coles Road & 715 North Blackhorse Pike, Blackwood, NJ 08012**

PRIMARY PHONE #: **(856) 227-2314** — [ ] HOME [X] BUS [ ] CELL
SECONDARY PHONE #: **(856) 725-5250** — [ ] HOME [ ] BUS [X] CELL

WHEN TO CONTACT:

PRIMARY E-MAIL ADDRESS: **l.obie@comcast.net**
SECONDARY E-MAIL ADDRESS:

## OCCURRENCE

LOCATION OF OCCURRENCE
STREET:
CITY, STATE, ZIP:
COUNTRY:

POLICE OR FIRE DEPARTMENT CONTACTED:
REPORT NUMBER:

DESCRIBE LOCATION OF OCCURRENCE IF NOT AT SPECIFIC STREET ADDRESS: **Onknown parking lot somewhere between Riverside NJ & Berlin NJ**

DESCRIPTION OF OCCURRENCE (ACORD 101, Additional Remarks Schedule, may be attached if more space is required):
**Plaintiff was sexually assaulted by a Lyft driver.  This has absolutely nothing to do with insured's establishment.**

## TYPE OF LIABILITY

PREMISES: INSURED IS    [ ] OWNER   [ ] TENANT

TYPE OF PREMISES:

OWNER'S NAME & ADDRESS (If not insured):

PRIMARY PHONE #: [ ] HOME [ ] BUS [ ] CELL
SECONDARY PHONE #: [ ] HOME [ ] BUS [ ] CELL
PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:

PRODUCTS: INSURED IS   [ ] MANUFACTURER   [ ] VENDOR

TYPE OF PRODUCT:

MANUFACTURER'S NAME & ADDRESS (If not insured):

PRIMARY PHONE #: [ ] HOME [ ] BUS [ ] CELL
SECONDARY PHONE #: [ ] HOME [ ] BUS [ ] CELL
PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:

WHERE CAN PRODUCT BE SEEN?

| | AGENCY CUSTOMER ID: **REGGINC-01** | **RSHARRAR** |

**INJURED / PROPERTY DAMAGED**

| NAME & ADDRESS (Injured/Owner) | EMPLOYER'S NAME & ADDRESS |
|---|---|
| Jane Doe | |

| PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # | ☐ HOME ☐ BUS ☐ CELL |

| PRIMARY E-MAIL ADDRESS: | PRIMARY E-MAIL ADDRESS: |
| SECONDARY E-MAIL ADDRESS: | SECONDARY E-MAIL ADDRESS: |

| AGE | SEX | OCCUPATION | DESCRIBE INJURY |
|---|---|---|---|
| | | | |

| WHERE TAKEN | WHAT WAS INJURED DOING? |
|---|---|
| | |

| DESCRIBE PROPERTY (Type, model, etc.) | ESTIMATE AMOUNT | WHERE CAN PROPERTY BE SEEN? |
|---|---|---|
| | | |

**WITNESSES**

| NAME AND ADDRESS | PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # | ☐ HOME ☐ BUS ☐ CELL |
|---|---|---|---|---|
| | PRIMARY E-MAIL ADDRESS: | | | |
| | SECONDARY E-MAIL ADDRESS: | | | |
| NAME AND ADDRESS | PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # | ☐ HOME ☐ BUS ☐ CELL |
| | PRIMARY E-MAIL ADDRESS: | | | |
| | SECONDARY E-MAIL ADDRESS: | | | |
| NAME AND ADDRESS | PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # | ☐ HOME ☐ BUS ☐ CELL |
| | PRIMARY E-MAIL ADDRESS: | | | |
| | SECONDARY E-MAIL ADDRESS: | | | |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| REPORTED BY | REPORTED TO |
|---|---|
| | Ron Sharrar |

**ACORD 3 (2013/01)**                            **Page 2 of 4**

AGENCY CUSTOMER ID: REGGINC-01                    RSHARRAR

### APPLICABLE IN ALABAMA

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

### APPLICABLE IN ALASKA

A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

### APPLICABLE IN ARIZONA

For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

### APPLICABLE IN ARKANSAS, DELAWARE, KENTUCKY, LOUISIANA, MAINE, MICHIGAN, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH DAKOTA, PENNSYLVANIA, RHODE ISLAND, SOUTH DAKOTA, TENNESSEE, TEXAS, VIRGINIA, AND WEST VIRGINIA

Any person who knowingly and with intent to defraud any insurance company or another person, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and [NY: substantial] civil penalties. In LA, ME, TN, and VA, insurance benefits may also be denied.

### APPLICABLE IN CALIFORNIA

For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

### APPLICABLE IN COLORADO

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### APPLICABLE IN THE DISTRICT OF COLUMBIA

Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

### APPLICABLE IN FLORIDA

Pursuant to S. 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in S. 775.082, S. 775.083, or S. 775.084, Florida Statutes.

### APPLICABLE IN HAWAII

For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

### APPLICABLE IN IDAHO

Any person who knowingly and with the intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

### APPLICABLE IN INDIANA

A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

AGENCY CUSTOMER ID: **REGGINC-01**                                    RSHARRAR

### APPLICABLE IN KANSAS

Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

### APPLICABLE IN MARYLAND

Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

### APPLICABLE IN MINNESOTA

A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### APPLICABLE IN NEVADA

Pursuant to NRS 686A.291, any person who knowingly and willfully files a statement of claim that contains any false, incomplete or misleading information concerning a material fact is guilty of a felony.

### APPLICABLE IN NEW HAMPSHIRE

Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

### APPLICABLE IN OHIO

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### APPLICABLE IN OKLAHOMA

WARNING: Any person who knowingly and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

### APPLICABLE IN WASHINGTON

It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.