# EXHIBIT D



YOUR *"AI"* SOLUTION FOR RISK MITIGATION AND CLAIM ADMINISTRATION
NEW YORK | ATLANTA | WEST PALM BEACH | LOS ANGELES

May 13, 2025

**CENTRALIZED MAIL ADDRESS:**
P.O. Box 527
Alpharetta, Georgia 30009-0527

**VIA: EMAIL** l.obie@comcast.net
**VIA: USPS FIRST CLASS MAIL &**
**VIA: USPS PRIORITY MAIL WITH TRACKING #**
Lance's Tavern, LLC DBA Skeeter's Pub
7-11 Coles Road
Blackwood, NJ 08012

**CENTRALIZED EMAIL:**
claims@tritonclaims.com

*__DISCLAIMER OF COVERAGE__*

For the attention of: Lance Oberparleiter, Member

Re:   Plaintiff        |   "K.K." AKA Kasey Kyler
      Insured          |   Lance's Tavern, LLC DBA Skeeter's Pub
      Policy No.       |   ISCH0200000218-01
      Effective        |   06/16/2023-06/16/2024
      Carrier          |   Sutton Specialty Insurance Company
      Date of Loss     |   January 14, 2024
      Claim No.        |   ISC20068
      Case No.         |   250402203

Dear Mr. Oberparleiter,

As you know, Triton Claim Management, LLC is the authorized representative for Sutton Specialty Insurance Company ("Sutton"). Sutton issued a Hospitality Package Policy to Lance's Tavern, LLC DBA Skeeter's Pub ("Skeeter's"), under policy number ISCH0200000218-01 ("Policy"), for the June 16, 2023 to June 16, 2024 policy period. We write to advise you of Sutton's coverage position concerning the lawsuit filed by "Jane Doe K.K." styled *Jane Doe K.K . vs Lyft, Inc., et al.* ("Jane Doe Action").

We have reviewed this matter for the purpose of analyzing coverage. For the reasons discussed below, it is the position of Sutton that there is no duty to defend or to indemnify Skeeter's with respect to this claim, as Sexual Assault is excluded for coverage under the Policy. In addition, Punitive or Exemplary Damages are excluded for coverage under the Policy.

### SUIT BACKGROUND

The Jane Doe suit was filed on April 16, 2025, in Philadelphia County, PA. Jane Doe alleges she was served alcoholic beverages by Skeeter's and others while she was visibly intoxicated. After leaving Skeeter's, she got into a Lyft rideshare vehicle where she passed out. The Lyft driver then allegedly sexually assaulted Jane Doe. Jane Doe's allegations against Skeeter's are "Negligence" and "Liquor Liability". Jane Doe has made a demand for "Punitive Damages".

**WWW.TRITONCLAIMS.COM**

## THE SUTTON POLICY

**SECTION I – COVERAGES**
**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Section III – Limits of Insurance; and
      **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverage A and B.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

      **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
      **(2)** The "bodily injury" or "property damage" occurs during the policy period.

## SECTION I – LIQUOR LIABILITY COVERAGE

1. **Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments

**b.** This insurance applies to "injury" only if:

**(1)** The "injury" occurs during the policy period in the "coverage territory"; and

**(2)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

**Please refer to the following endorsements which are applicable to this claim:**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM

Regardless of any other provision of this policy, this policy does not apply to punitive or exemplary damages.

If a "suit" is brought against any insured, and falls within the coverage provided by the policy, seeking both compensatory damages (damages for economic loss and pain and suffering) and "punitive or exemplary damages" (damages as a means of punishment), no coverage shall be provided by this policy for any costs, interest, defense costs, attorney or legal fees or any type of damages attributable to punitive or exemplary damages.

"Punitive or exemplary damages" means those damages imposed to punish a wrongdoer and to deter others from similar conduct.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITED ASSAULT OR BATTERY COVERAGE**
**(Claims Expense within Coverage Limits)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM

## SCHEDULE

**Sub-limits of Insurance:**

$100,000 **Each Assault or Battery Incident Sub-limit**
$100,000 **Annual Assault or Battery Aggregate Sub-limit**

## 1. LIMITED ASSAULT AND BATTERY INSURING AGREEMENT

**A.** We will pay all sums the Named Insured is legally obligated to pay as damages because of "injury", "bodily injury", "property damage" or "personal and advertising injury" arising out of an "assault or battery incident" by any insured,
**B.** We will have the right and duty to defend the Insured against any "suit" seeking those damages. However, we will have no duty to defend the Insured against any "suit" seeking damages for "injury", "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "assault and battery incident" and settle any claim or "suit" that may result. But:

**1.** The amount we will pay for damages and the cost of defense is limited as described in Section **II LIMITS OF INSURANCE** of this coverage form; and
**2.** Our right and duty to defend end when we have used up the applicable sub-limit of insurance in the payment of judgments or settlements under as described in Section **II LIMITS OF INSURANCE** in this coverage form

No other obligation or liability to pay sums or perform acts or services is covered.

**C.** This insurance applies only if the "assault or battery incident":

**1.** Arises out of your operations, which includes, but is not limited to, the selling, serving or furnishing of alcoholic beverages
**2.** Takes place in the "coverage territory"; and
**3.** Occurs during the policy period.

Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## II.    LIMITS OF INSURANCE

### A.  Sub-limits for Limited Assault or Battery Coverage

**1.** The Sub-limits for Limited Assault or Battery Coverage are subject to the Each Common Cause Limit and the Aggregate Limit of the LIQUOR LIABILITY COVERAGE FORM.

**2.** Subject to the Annual Assault or Battery Aggregate Sub-limit, the most we will pay for all damages and the cost of defense resulting from any "assault or battery incident" is the Each Assault or Battery Incident Sub-limit shown in the Schedule above.

**3.** The Annual Assault or Battery Aggregate Sub-limit shown in the Schedule above is the most we will pay for the sum of all damages and the cost of defense because of all "assault or battery incidents". The Annual Aggregate Sublimit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Sub-limits of Insurance.

**4.** The Company will not pay any claim for damages or the cost of defense after the applicable sublimit of insurance under this coverage has been exhausted by payment of judgments, settlements, defense costs, or supplementary payments. All such costs shall be included in the sub-limits of insurance.

**B. Application of the Liquor Liability Coverage Limits**

When the **LIMITED ASSAULT OR BATTERY COVERAGE** endorsement is added to the policy, **SECTION III – LIMITS OF INSURANCE** of the **LIQUOR LIABILITY COVERAGE FORM** is replaced by the following:

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;
  **b.** Claims made or "suits" brought; or
  **c.** Persons or organizations making claims or bringing "suits".

**2.** The Aggregate Limit is the most we will pay for all:

  **a.** "Injury" as the result of the selling, serving or furnishing of alcoholic beverages; and
  **b.** "Injury", "bodily injury", "property damage" or "personal and advertising injury" arising out of an "assault or battery incident".

**3.** Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all:
  **a.** "Injury", sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person; and

**b.** "Injury", "bodily injury", "property damage" or "personal and advertising injury" arising out of an "assault or battery incident".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## III.    EXCLUSIONS

### A. Additional Exclusion Applicable to the COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following exclusion is added to the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**:

Injury, damage or loss, however caused, arising, directly or indirectly, out of:
**1.** Assault;
**2.** Battery;
**3.** Any "assault or battery incident".

### B.  Additional Exclusion Applicable to the LIQUOR LIABILITY COVERAGE FORM

The following exclusion is added to the **LIQUOR LIABILITY COVERAGE FORM**:

This insurance does not apply to "injury", damage or loss, however caused, arising, directly or indirectly, out of:

**1.** Assault;
**2.** Battery;
**3.** Any "assault or battery incident".

### C. Exclusions Applicable to the LIMITED ASSAULT AND BATTERY COVERAGE

This insurance does not apply to:

1. "Injury", claim or loss, however caused, arising, directly or indirectly, out of sexual assault, abuse or molestation.
2. Any claim for punitive or exemplary damages.

Further, the exclusions applicable to the **LIQUOR LIABILITY COVERAGE FORM** shall also apply to **LIMITED ASSAULT AND BATTERY COVERAGE**.

## IV.    DEFINITIONS

"Assault or battery incident" means harmful or offensive contact between or among two or more persons including, but not limited to, apprehension of harmful or offensive contact or threats or harmful or offensive contact. An "assault or battery incident" may be:

**a.** provoked or unprovoked by any person; and
**b.** arise out of or result from any act or omission in connection with:

  **(1)** Prevention or suppression of an "assault or battery incident";
  **(2)** Protection of persons or property;
  **(3)** Negligent hiring, supervision, retention or training of any "employee" of the Insured; or
  **(4)** Implementation of adequate security measures, through security personnel, surveillance or other security devices.

## SECTION V – DEFINITIONS

  **3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

  **13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

  **17.** "Property damage" means:
    **a.** Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

  **18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property  damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit"   includes:

    **a**. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or
    **b**. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

## DISCUSSION

Pursuant to the Insuring Agreement, the Policy affords coverage for damages because of "bodily injury" and "property damage" to which the insurance applies.  Jane Doe seeks damages for a sexual assault, (not perpetrated by an Insured), and has made a demand for Punitive Damages.

Based on the Sutton Policy's **EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES** Endorsement, the Sutton Policy does not apply to punitive or exemplary damages. Since this

matter seeks "Punitive or Exemplary Damages," coverage for such damages is excluded under the Sutton Policy.

Next, the **LIMITED ASSAULT OR BATTERY COVERAGE** Endorsement excludes coverage for Assault, "Injury", claim or loss, however, caused, arising, directly or indirectly, out of sexual assault, abuse or molestation, and for any claim for punitive or exemplary damages. Since the Complaint alleges damages arising out of a sexual assault by the Lyft driver, along with punitive damages, there is no coverage under aforementioned coverage form. Sutton disclaims coverage to Lance's Tavern, LLC DBA Skeeter's Pub on this basis.

## CONCLUSION

In light of the foregoing, we hereby seek to inform you that it is the position of Sutton that there is no duty to defend or to indemnify Lance's Tavern, LLC DBA Skeeter's Pub for the Complaint filed, as the allegations are restricted from coverage by specific exclusions.

Sutton reserves the right to withdraw, amend or supplement this declination of coverage at any time in the future, upon the development of additional information regarding this claim. Should you have any information that would alter the application of the policy exclusions to this loss, please submit to us for reconsideration. This letter does not, nor is it intended to, waive any rights Sutton, or their affiliates, may have under the terms of your insurance policy or at law. This letter is not intended to be an exhaustive statement of all exclusions or conditions which may be applicable. All rights which Sutton may have under the terms of your insurance policy and at law are specifically reserved. We expressly do not waive our right to deny coverage for any other valid reason. No action heretofore or hereinafter taken by Sutton in connection with the claim referred to above is to be considered a waiver of its rights under the policy set forth above and, specifically, reserves the right to seek judicial resolution of all issues arising out of this policy by way of declaratory judgment or other legal proceedings.

In this letter, we have set out those coverage issues that are currently known to exist, although we rely on all the terms, conditions, definitions and exclusions in the applicable policies. By not mentioning other provisions and conditions of the polices, we do not waive them, and the entire insurance policy is referenced as if set forth in full herein.

If you feel there are any additional facts, documents or circumstances which should be brought to our attention concerning the coverage issues, please advise of those facts in writing at your earliest convenience.

If you have questions or concerns about the actions of your insurance company or agent, or would like information on your rights to file an appeal, contact the Pennsylvania state Office of the Insurance Commissioner's consumer protection hotline at 1-717-787-2317 or visit http://www.ins.state.pa.us/ins/site/default.asp. The insurance commissioner protects and educates insurance consumers, advances the public interest, and provides fair and efficient regulation of the insurance industry.

Cordially yours,
For and on behalf of:
**Sutton Specialty Insurance Company**
By, **Triton Claim Management, LLC**

*Lisa Crutchfield*

Authorized Representative
Phone #: (800) 537-8023 x 6889
Phone #: (678) 728-6889
E-mail: lcrutchfield@tritonclaims.com

CC:

Progress Brokerage Group, LLC
Attention : Ron Sharrar
**Via Email Only** : rsharrar@progressbrokerage.com

ISC - Integrated Specialty Coverages
Attention: Nick Karacostas, Esq.
**Via Email Only**: nkaracostas@iscmga.com