# EXHIBIT F



| | |
|---|---|
| 1500 Broadway, Suite 2401 | T: (516) 408-2422 |
| New York, NY 10036 | F: (516) 461-3271 |
| | |
| Kathleen J. Devlin | Direct Dial: (908).340-0056 |
| Partner | Email: kdevlin@wglaw.com |

June 9, 2025

**BY EMAIL:**
Ronald P. Sharrar
Senior Account Executive
Progress Brokerage Group LLC
Insurance Brokers & Consultants
920 West Sproul Road, Suite 201
Springfield, PA 19064
rsharrar@progressbrokerage.com

Re: ***Jane Doe KK v. Lyft, Inc, et al***
    Insured    : Reggie's Inc. & Lance's Tavern LLC DBA Skeeter's Pub
    Date of Loss    : January 13, 2024
    Claim No    : ISC20068
    WG File No.    : 0215200

Dear Mr. Sharrar:

We are counsel for Sutton Specialty Insurance Company ("Sutton") and are authorized to provide its positions in the above matter. As you know, Sutton issued a Hospitality Package Policy ("Sutton Policy") to Reggie's Inc. & Lance's Tavern LLC DBA Skeeter's Pub ("Skeeter's").

On May 13, 2025, Triton Claim Management, LLC, the authorized representative for Sutton issued a disclaimer to Skeeter's based on the **EXCLUSION- PUNITIVE OR EXEMPLARY DAMAGES** endorsement and the sexual assault and punitive damages exclusion contained in the **LIMITED ASSAULT OR BATTERY COVERAGE** endorsement. Thereafter, you disputed the coverage position "as this is a liquor claim and the insured has $1M in liquor liability coverage. We understand there is no coverage for a sexual assault nor punitive damages but the liquor claim is what would trigger coverage." Kindly accept this as Sutton's response and supplemental disclaimer.

Preliminary, you appear to understand that coverage is not afforded for the subject claims under the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**, which contains the **Liquor Liability** exclusion. Likewise, you concede that punitive damages are not covered under the Sutton Policy by virtue of the **EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES** endorsement. It is also against the public policy of New Jersey to provide coverage for punitive damages.

**RONALD P. SHARRAR**
**JUNE 9, 2025**
**PAGE 2 OF 3**

You also concede there is no coverage for a sexual assault. Even though KK's injuries arise from the sexual assault, you take the position that there should be coverage under the liquor liability coverage.

The **LIQUOR LIABILITY COVERAGE FORM** provides that Sutton "will pay those sums that the insured becomes legally obligated to pay as damages because of 'injury' to which this insurance applies if liability for such 'injury' is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage." While the Complaint may allege an "injury" and liquor liability, which is "imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage," the Insuring Agreement of the **LIQUOR LIABILITY COVERAGE FORM** further provides that Sutton "will have no duty to defend the insured against any 'suit' seeking damages for 'injury' to which this insurance does not apply." The Complaint clearly seeks damages for "injury" to which this insurance does not apply by virtue of the following exclusion:

**LIMITED ASSAULT OR BATTERY COVERAGE**

\*\*\*

**III.   EXCLUSIONS**

\*\*\*

**B.   Additional Exclusion Applicable to the LIQUOR LIABILITY COVERAGE FORM**

The following exclusion is added to the **LIQUOR LIABILITY COVERAGE FORM**:

This insurance does not apply to "injury", damage or loss, however caused, arising, directly or indirectly, out of:

**1.**   Assault;

**2.**   Battery;

**3.**   Any "assault or battery incident".

The Complaint alleges that the Skeeter Defendants served intoxicating amounts of alcohol to KK who was visibly intoxicated and prior to her getting into the Lyft vehicle where she was sexually assaulted while initially passed out. Count XI alleges negligence against the Skeeter Defendants, as well as the other tavern-related defendants. Count XIII alleges liquor liability against the Skeeters Defendants. The Plaintiff alleges that the negligent, careless, willful, wanton and reckless actions and conduct of Skeeters Defendants was outrageous and was a legal cause of the inebriation, the need to order a rideshare, and ultimately the sexual assault. The **LIQUOR LIABILITY COVERAGE FORM** does not provide coverage here because KK's "injury," damage or loss arose, directly or indirectly out of an assault and battery. The exclusion clearly provides that assault and battery, however caused, that arises, directly or indirectly, out of an assault, battery, or "assault or battery incident" is excluded from coverage. Accordingly, Sutton disclaims coverage based on the assault and battery exclusion contained in the **LIQUOR LIABILITY COVERAGE FORM.**

**RONALD P. SHARRAR**
**JUNE 9, 2025**
**PAGE 3 OF 3**

For the reasons set forth in the original disclaimer and above, Sutton is under no obligation to defend or indemnify the Skeeter Defendants.

Sutton's coverage position is based upon the information available. This letter is not and should not be construed as a waiver of any terms, conditions, exclusions or any other provisions of the Sutton Policy. Sutton expressly reserves its right to supplement the foregoing if additional information is developed or disclosed and to assert policy positions and defenses not discussed herein which may be determined to be applicable. No waiver of the right to assert additional positions or defenses is intended and such a waiver is denied. Sutton reserves the right to withdraw from the defense of the above matter and/or to seek an adjudication of coverage.

Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the Department either on its website at http://www.dfs.ny.gov//consumer/fileacomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York State Department of Financial Services, at: One State Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 13B Mineola Boulevard, Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Please do not hesitate to contact me if you have any questions.

Sincerely,

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

*Kathleen J. Devlin*

Kathleen J. Devlin, Esq.


cc:     Lisa Crutchfield (lcrutchfield@tritonclaims.com)

        Heidi G. Villari, Esq.
        The Villari Firm, PLLC
        258 S 11th Street
        Philadelphia, PA 19107
        hvillari@villarifirm.com

        Lance Oberparleiter
        Lance's Tavern, LLC d/b/a Skeeter's Pub
        7-11 Coles Road
        Blackwood, New Jersey 08012
        l.obie@comcast.net