# EXHIBIT K

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRITON CLAIM MANAGEMENT, LLC <br> 2400 Lakeview Parkway, Suite 475 <br> Alpharetta, GA 30009 <br> & <br> SUTTON SPECIALTY INS. CO. <br> 110 E Atlantic Avenue, Suite 330 <br> Delray Beach, FL 33444 <br><br> Defendants. | Civil Action No.: 2:25-cv-06245 JHS |

## STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT, TRITON CLAIM MANAGEMENT, LLC

Counsel for the parties stipulate and agree to the following:

1. Pursuant to Fed. R. Civ. P. 41,(a)(1)(A)(iii) all claims, including cross-claims, against defendant Triton Claim Management, LLC, only, in the above captioned matter are hereby dismissed with prejudice;

2. This dismissal does not affect any rights and/or defenses that the remaining parties may have as against each other.

MUSI, MATTSON, DAUBENBERGER
     & CLARK, LLP

BY: _____
    Thomas A. Musi,, Esquire
    Counsel for Plaintiff

ZARWIN BAUM DEVITO KAPLAN
     SCHAER & TODDY, PC

BY: *Theodore M. Schaer*
    Theodore M. Schaer, Esquire
    Counsel for Defendant, Triton Claim
        Management, LLC

WEBER GALLAGHER

BY: *Denise M. Depekary*
    Denise M. Depekary, Esquire
    Counsel for Defendant Sutton Specialty
        Ins. Co.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., <br><br>Plaintiffs, <br><br>v. <br><br>TRITON CLAIM MANAGEMENT, LLC <br> 2400 Lakeview Parkway, Suite 475 <br> Alpharetta, GA 30009 <br> & <br> SUTTON SPECIALTY INS. CO. <br> 110 E Atlantic Avenue, Suite 330 <br> Delray Beach, FL 33444 <br><br>Defendants. | Civil Action No.: 2:25-cv-06245 JHS |

## STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT, TRITON CLAIM MANAGEMENT, LLC

Counsel for the parties stipulate and agree to the following:

1. Pursuant to Fed. R. Civ. P. 41,(a)(1)(A)(iii) all claims, including cross-claims, against defendant Triton Claim Management, LLC, only, in the above captioned matter are hereby dismissed with prejudice;

2. This dismissal does not affect any rights and/or defenses that the remaining parties may have as against each other.

MUSI, MATTSON, DAUBENBERGER
   & CLARK, LLP

BY: *Thomas A. Musi, Jr.*
   Thomas A. Musi,, Esquire
   Counsel for Plaintiff

ZARWIN BAUM DEVITO KAPLAN
   SCHAER & TODDY, PC

BY: *Theodore M. Schaer*
   Theodore M. Schaer, Esquire
   Counsel for Defendant, Triton Claim
   Management, LLC

WEBER GALLAGHER

BY: _____
   Denise M. Depekary, Esquire
   Counsel for Defendant Sutton Specialty
    Ins. Co.