## CERTIFICATE OF SERVICE

    I, Neil L. Sambursky, Esquire, do hereby certify that a true and correct copy of the foregoing was served on March 4, 2026, via the Court's Electronic Filing, upon the following:

>Thomas A. Musi, Jr., Esquire
>Musi, Mattson, Daubenberger & Clark, LLP
>21 West Third Street
>Media, PA 19063
>tam@mmdlawfirm.com
>*Attorneys for Plaintiffs*

                                              Respectfully submitted,

Date: March 4, 2026                          **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP**

                                              /s/ _____
                                              By: Denise M. DePekary, Esq.
                                              Attorney ID: 328217
                                              Neil L. Sambursky, Esq.
                                              (Admitted *pro hac vice*)
                                              Kathleen J. Devlin, Esq.
                                              (Admitted *pro hac vice*)
                                              2000 Market Street, 13th Floor
                                              Philadelphia, PA 19102
                                              ddepekary@wglaw.com
                                              neil.sambursky@wglaw.com
                                              kdevlin@wglaw.com
                                              *Attorneys for Defendant*
                                              *Sutton Specialty Insurance Company*