IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a<br>SKEETERS PUB & REGGIE'S INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTON SPECIALTY INS. CO.<br>110 E Atlantic Avenue, Suite 330<br>Delray Beach, FL 33444,<br><br>Defendant. | Civil Action No.: **2:25-cv-06245-JHS** |

### **DEFENDANT, SUTTON SPECIALTY INSURNACE COMPANY'S<br>NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**NOW COMES** the Defendant, Sutton Specialty Insurance Co. ("Sutton"), and by and through its undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1 of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, for summary judgment in its favor and against Plaintiff.

In support thereof, Sutton relies upon the accompanying Brief in Support of Defendant Sutton's Motion for Summary Judgment, the Statement of Undisputed Material Facts, the exhibits attached thereto, and any reply papers permitted by the Court.

WHEREFORE, Sutton respectfully requests this Honorable Court grant Sutton's Motion for Summary Judgment, declare that Sutton is not obligated to defend or indemnify Plaintiff for the claims asserted against them in <u>Jane Doe K.K., v. Lyft, Inc, et al</u>, Court of Common Pleas, Philadelphia County, No. 250402203, and dismiss all claims against Sutton with prejudice by entering the Order attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: March 4, 2026 | **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP** |
|  | /s/ _____ |
|  | By: Denise M. DePekary, Esq.<br>Attorney ID: 328217<br>Neil L. Sambursky, Esq.<br>(Admitted *pro hac vice*)<br>Kathleen J. Devlin, Esq.<br>(Admitted *pro hac vice*)<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19102<br>ddepekary@wglaw.com<br>neil.sambursky@wglaw.com<br>kdevlin@wglaw.com<br>*Attorneys for Defendant*<br>*Sutton Specialty Insurance Company* |