IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUTTON SPECIALTY INS. CO. <br> 110 E Atlantic Avenue, Suite 330 <br> Delray Beach, FL 33444, <br><br> Defendant. | Civil Action No.: **2:25-cv-06245-JHS** |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Sutton Specialty Insurance Company's ("Sutton") Motion for Summary Judgment, and any response thereto, it is hereby **ORDERED** and **DECREED** that Sutton's Motion for Summary Judgment is **GRANTED**. All claims against Sutton are **DISMISSED** with prejudice. It is further **ORDERED** and **DECLARED** that Sutton is not obligated to defend or indemnify Plaintiff for the claims asserted against them in <u>Jane Doe K.K., v. Lyft, Inc, et al</u>, Court of Common Pleas, Philadelphia County, No. 250402203.

BY THE COURT

_____
U.S.D.J.

1