# EXHIBIT E

| | |
|---|---|
| **From:** | Ron Sharrar |
| **To:** | Lisa Crutchfield (TCM); Rachel Sheffield (TCM) |
| **Cc:** | Edward Snow |
| **Subject:** | RE: Notice of No Coverage - DOL: 01/13/2024 - Claimant: Jane Doe (Claim #:ISC20068, Insured:Skeeter"s Pub, Username:ygarcia) |
| **Date:** | Wednesday, May 14, 2025 9:36:29 AM |
| **Attachments:** | image001.png<br>ISC20068-Disclaimer of Coverage- Assault and Battery and Punitve Damages.pdf<br>Civil Action Complaint.pdf |
| **Importance:** | High |

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Hi Lisa,

Per our telephone conversation, please send the following to the insurance carrier:

We are disputing this disclaimer as this is a liquor claim and the insured has $1M in liquor liability coverage. We understand there is no coverage for a sexual assault nor punitive damages but the liquor claim is what would trigger coverage. Please see page 16 of the attached civil action complaint. "Skeeters Pub and its agent employee(s) and/or ostensible agents served intoxicating amounts of alcohol to Jane Doe KK who was visibly intoxicated." This is exactly where the $1M in liquor liability coverage is triggered. Please have your supervisor look into this and also send to the insurance carrier. The insured will have no choice but to contact the Insurance Department and file a complaint if defense is not hired to defend them in this matter. Thank you

Best Regards,



**Ronald P. Sharrar|** Senior Account Executive
Progress Brokerage Group LLC
*Insurance Brokers & Consultants*
920 West Sproul Road, Suite 201, Springfield, PA 19064
**Tel**: 888.233.7155 Ex. 31| **Mobile**: 610.675.5244 | **Fax**: 484.479.3576
rsharrar@progressbrokerage.com



**From:** Lisa Crutchfield (TCM) <lcrutchfield@tritonclaims.com>
**Sent:** Tuesday, May 13, 2025 2:56 PM
**To:** l.obie@comcast.net
**Cc:** Ron Sharrar <rsharrar@progressbrokerage.com>

**Subject:** Notice of No Coverage - DOL: 01/13/2024 - Claimant: Jane Doe (Claim #:ISC20068, Insured:Skeeter's Pub, Username:ygarcia)

Good afternoon, Lance,

We seek to inform you that it is the position of Sutton that there is no duty to defend Lance's Tavern, LLC DBA Skeeter's Pub for the Complaint filed, as the allegations are restricted from coverage by specific exclusions.

Therefore, we are returning the Complaint to you for direct handling or handling via your counsel. Note that you must file your Answer to the Complaint timely.

Please let me know if you have any questions.

**Sincerely,**

**Lisa Crutchfield**
**Senior Claim Adjuster | Triton Claim Management, LLC**
678 728 6889 | lcrutchfield@tritonclaims.com | tritonclaims.com
Centralized Mail Address: P.O. Box 527 Alpharetta, GA 30009-0527

California Corporate Adjuster License #: 2L03294



CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom it is addressed. If you have received this email in error and/or are not the named addressee, you should not disseminate, distribute or copy this email, or the information contained within. Please notify the sender immediately and delete the email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action based on the contents of the information is strictly prohibited. All general enquiries can be directed to claims@tritonclaims.com. Thank you.

**From:** Lisa Crutchfield (TCM)

**Sent:** Monday, May 12, 2025 1:32 PM
**To:** l.obie@comcast.net
**Cc:** Ron Sharrar <rsharrar@progressbrokerage.com>
**Subject:** FW: Acknowledgement Letter - DOL: 01/13/2024 - Claimant: Jane Doe (Claim #:ISC20068, Insured:Skeeter's Pub, Username:ygarcia)

Good afternoon, Lance

Coverage is in question for this matter, as sexual assault is excluded for coverage.
The carrier is reviewing the matter.
We will be back in touch with you concerning the final coverage decision.

Your Answer to the complaint is due 20 days after you were served with the suit.
What date were you served?

**Sincerely,**

**Lisa Crutchfield**
**Senior Claim Adjuster | Triton Claim Management, LLC**
678 728 6889 | lcrutchfield@tritonclaims.com | tritonclaims.com
Centralized Mail Address: P.O. Box 527 Alpharetta, GA 30009-0527

California Corporate Adjuster License #: 2L03294



CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom it is addressed. If you have received this email in error and/or are not the named addressee, you should not disseminate, distribute or copy this email, or the information contained within. Please notify the sender immediately and delete the email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action based on the contents of the information is strictly prohibited. All general enquiries can be directed to claims@tritonclaims.com. Thank you.

**From:** Garcia,Yesenia <FHemail@tritonclaims.com>
**Sent:** Tuesday, May 6, 2025 8:52 AM
**To:** l.obie@comcast.net
**Cc:** psharrar@progressbrokerage.com; Lisa Crutchfield (TCM) <lcrutchfield@tritonclaims.com>; Rachel Sheffield (TCM) <rsheffield@tritonclaims.com>
**Subject:** Acknowledgement Letter - DOL: 01/13/2024 - Claimant: Jane Doe (Claim #:ISC20068, Insured:Skeeter's Pub, Username:ygarcia)

Hello,

Please refer to attached acknowledgment letter. If you have any questions regarding this claim, please contact the adjuster: Lisa Crutchfield (lcrutchfield@tritonclaims.com or 678-728-6889).

Regards,

Yesenia Garcia
Claims Assistant | Triton Claim Management, LLC
ygarcia@tritonclaims.com | tritonclaims.com
Centralized Mail Address: P.O. Box 527 Alpharetta, GA 30009-0527

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom it is addressed. If you have received this email in error and/or are not the named addressee, you should not disseminate, distribute or copy this email, or the information contained within. Please notify the sender immediately and delete the email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action based on the contents of the information is strictly prohibited. All general enquiries can be directed to claims@tritonclaims.com. Thank you.

Secured by Paubox - HITRUST certified

CAUTION: This email originated from outside of the organization. If the sender name is from within your organization - this may be a phishing or SPAM attack. Do not click links or open attachments unless you recognize the sender, and are expecting the content.