# EXHIBIT K

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRITON CLAIM MANAGEMENT, LLC <br> 2400 Lakeview Parkway, Suite 475 <br> Alpharetta, GA 30009 <br> & <br> SUTTON SPECIALTY INS. CO. <br> 110 E Atlantic Avenue, Suite 330 <br> Delray Beach, FL 33444 <br><br> Defendants. | Civil Action No.: 2:25-cv-06245 JHS |

**STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT, TRITON CLAIM MANAGEMENT, LLC**

Counsel for the parties stipulate and agree to the following:

1. Pursuant to Fed. R. Civ. P. 41,(a)(1)(A)(iii) all claims, including cross-claims, against defendant Triton Claim Management, LLC, only, in the above captioned matter are hereby dismissed with prejudice;

2. This dismissal does not affect any rights and/or defenses that the remaining parties may have as against each other.

| | |
|---|---|
| MUSI, MATTSON, DAUBENBERGER & CLARK, LLP <br><br> BY: _____ <br> Thomas A. Musi,, Esquire <br> Counsel for Plaintiff | ZARWIN BAUM DEVITO KAPLAN SCHAER & TODDY, PC <br><br> BY: *Theodore M. Schaer* <br> Theodore M. Schaer, Esquire <br> Counsel for Defendant, Triton Claim Management, LLC |

WEBER GALLAGHER

BY: *Denise M. Depekary*
Denise M. Depekary, Esquire
Counsel for Defendant Sutton Specialty Ins. Co.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE'S TAVERN, LLC d/b/a SKEETERS PUB & REGGIE'S INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRITON CLAIM MANAGEMENT, LLC <br> 2400 Lakeview Parkway, Suite 475 <br> Alpharetta, GA 30009 <br> & <br> SUTTON SPECIALTY INS. CO. <br> 110 E Atlantic Avenue, Suite 330 <br> Delray Beach, FL 33444 <br><br> Defendants. | Civil Action No.: 2:25-cv-06245 JHS |

## STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT, TRITON CLAIM MANAGEMENT, LLC

Counsel for the parties stipulate and agree to the following:

1. Pursuant to Fed. R. Civ. P. 41,(a)(1)(A)(iii) all claims, including cross-claims, against defendant Triton Claim Management, LLC, only, in the above captioned matter are hereby dismissed with prejudice;

2. This dismissal does not affect any rights and/or defenses that the remaining parties may have as against each other.

| | |
|---|---|
| MUSI, MATTSON, DAUBENBERGER & CLARK, LLP <br><br> BY: *Thomas A. Musi, Jr.* <br> Thomas A. Musi,, Esquire <br> Counsel for Plaintiff | ZARWIN BAUM DEVITO KAPLAN SCHAER & TODDY, PC <br><br> BY: *Theodore M. Schaer* <br> Theodore M. Schaer, Esquire <br> Counsel for Defendant, Triton Claim Management, LLC |

WEBER GALLAGHER

BY: _____
Denise M. Depekary, Esquire
Counsel for Defendant Sutton Specialty Ins. Co.