

April 10, 2026

***VIA ELECTRONIC MAIL***
Honorable Joel H. Slomsky
United States Courthouse
Courtroom 13A
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov

> RE:    **Lance's Tavern, LLC, et.al. v. Sutton Specialty, et.al.**
>        **US District Court: 2:25-cv-06245-JHS**

Dear Judge Slomsky,

I write on behalf of Plaintiffs, Lance's Tavern, LLC d/b/a Skeeter's Pub and Reggie's Inc., to respectfully advise the Court of a development in the underlying litigation that forms the basis of this declaratory judgment action.

As the Court is aware, the parties have filed cross-motions for summary judgment addressing Defendant Sutton Specialty Insurance Company's obligations with respect to defense and indemnity in connection with the underlying action pending in the Philadelphia Court of Common Pleas.

We write to inform the Court that Plaintiffs will be participating as defendants in an upcoming mediation in the underlying action, scheduled to commence on April 15, 2026.  In order to participate, Plaintiffs have been required to pay a mediation fee in the amount of $3,000.00, which has now been tendered.  Plaintiffs are participating in this mediation in good faith and in an effort to explore potential resolution of the underlying claims. At the same time, the coverage issues presently before the Court bear directly on Plaintiffs' position in that proceeding, including their ongoing defense obligations and potential exposure.  We provide this information for the Court's awareness. A copy of this correspondence is being provided to counsel for Defendant Sutton Specialty Insurance Company.

Thank you for the Court's consideration.

Sincerely,

Thomas A. Musi, Jr., Esquire

TAM/lmk
Cc:    Dina L. Daubenberger, Esquire
       Denise M. DePekary, Esquire
       Neil L. Sambursky, Esquire
       Kathleen J. Delvin, Esquire