

**MUSI, MATTSON, DAUBENBERGER & CLARK, LLP**
ATTORNEYS AT LAW

June 1, 2026

***VIA ELECTRONIC MAIL***
Honorable Joel H. Slomsky
United States Courthouse
Courtroom 13A
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov

> **RE:**     **Lance's Tavern, LLC, et.al. v. Sutton Specialty, et.al.**
> **US District Court: 2:25-cv-06245-JHS**

Dear Judge Slomsky:

Plaintiffs write to provide the Court with a brief update regarding the underlying Philadelphia County action.

As the Court is aware, the parties have participated in mediation in an effort to resolve the underlying matter. The one-year status conference before the Honorable Linda Carpenter was previously continued as a result of those ongoing settlement efforts and is now scheduled for June 5, 2026. Plaintiffs anticipate that Judge Carpenter will inquire regarding the status of the insurance coverage dispute that is presently before this Court. The availability of insurance coverage remains a significant factor in the parties' evaluation of the underlying claims and their ability to assess potential resolution of the matter. While the parties have continued to engage in good-faith settlement discussions, the coverage issues remain pending before this Court. Plaintiffs therefore respectfully submit this update for the Court's consideration in advance of the upcoming status conference.

Thank you for your attention to this matter.

Sincerely,

Thomas A. Musi, Jr., Esquire

TAM/lmk
Cc:     Dina L. Daubenberger, Esquire
          Denise M. DePekary, Esquire
          Neil L. Sambursky, Esquire
          Kathleen J. Delvin, Esquire