IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LANCE'S TAVERN, LLC d/b/a SKEETER'S
PUB & REGGIE'S INC.,

          Plaintiff,

      v.

SUTTON SPECIALITY INS. CO.,

          Defendant.

CIVIL ACTION
NO. 25-6245

## **ORDER**

**AND NOW**, this 22nd day of July 2026, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 21), Defendant's Response in Opposition (Doc. No. 31), Plaintiff's Reply (Doc. No. 33), Defendant's Cross-Motion for Summary Judgment (Doc. No. 32), Plaintiff's Response in Opposition (Doc. No. 34), and Defendant's Reply (Doc. No. 35), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 21) is **DENIED**;

2. Defendant's Cross-Motion for Summary Judgment (Doc. No. 32) is **GRANTED**; and

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:
/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.